<u>2017</u>

- James v. McGowan Builders Inc.
- Borges v. Eataly et al.
- Alexander v. Morgan Stanley et al.
- ███████████████████████
- Abraham v. Prabhu Paramatma
- Manning-Gordon v. Immediate Credit Recovery Inc. et al.
- Austin v. Tarpinian
- Goldberg v. Briggs of Philadelphia
- Westcott v. Acadia Management Inc. et al.
- Baker v. Corizon Health Inc.
- Seymour v. American Stock Transfer and Stock Service et al.
- Labella v. NTT Data Inc. et al.
- Vargas v. St. Lukes Hospital et al.
- Naranjo v. Alvarez and Marsal Holdings
- Torres v. FM Grosso LLC
- Mohabir v. Michaels Stores
- Foday v. Marriott International
- Galvao v. Its Easy Inc.
- St. Germain v. Evelyn Douglin Center
- Bonsell v. Valiant Pharmaceuticals
- Tracy v. The City of New York
- Ramos v. Bronx-Lebanon Center
- Smith v. New York Health and Hospitals
- Pierre v. CH Housewares
- Alexander v. CBS Radio
- Thompson v. Novitex Enterprise Solutions
- Cunningham v. NY City Health and Hospitals
- El Ansari v. New York Presbytarian Hospital
- Sanders v. Metropolitan Transportation Authority
- Orsino v. Orange County Safe Homes
- Lopez v. Hunter Keystone Peterbilt
- Polston v. Mistral Restaurant
- Modny v. Reed Smith
- Sajecki v. Advance Publications
- Boone v. Lighthouse Guild International
- Shuh v. Rutgers
- Hutton v. Rutgers
- Richardson v. State of NJ

- Barretto v. Bagatelle
- Drame v. Pierre A Battery Park Associates
- Garcia v. The Comprehensive Center
- Cunny v. NY Presbytarian

2018

- Denota v. Harrison Bake Shop
- ███
- Samuel v. Target Realty
- Cruz v. Brooklyn Prospect Charter School
- Barnard v. FIAA Board of Overseers
- Adesina v. Barnard College
- Morsi v. Pioneer Windows
- Dipinto v. Westchester County
- Farghaley v. Potamkin
- Geffner v. Quanta Services
- Thompson v. Convatec
- Morton v. Nevers Inc.
- Motto v. The Bronx-Lebanon Hospital
- Morales v. NYC Depart. Of Ed
- Weche v. United Parcel Service
- Hayes v. The New School
- Smith v. The New York Hospital
- Brock v. Enterprise Holdings
- Roman v. Superchris
- Johnson v. Quantum Property Management
- Stanley v. Union Baptist Church of Hempstead
- Lugos v. CR England
- Collazo v. Privatus
- Limoncelli v. Pookie Plainview
- Rodriguez v. MSG Arena
- Dobbeleare v. Optimum Acupuncture
- Oliver v. MV Public Transportation
- Lopez v. City of New York
- Thorby v. Cushman Wakefield
- Kasten v. Dominos Pizza
- Ruger v. Intel Corp
- Hudacek v. Edward Nowakowski
- ███████████████
- Ahmed v. Pizza Hut

- Senick v. Lanzi Burke and Associates
- El Safti v. Pizza Hut of America
- Chugg v. QBE Insurance Group
- Morris v. Dream Crew Management
- Acevedo v. DJD 50 Bowery
- Loudarou v. Hughes Hubbard and Reed
- Sullivan v. Black Card
- Hafez v. Pizza Hut of America
- Fairbanks v. Longhorn Steakhouse
- Linomontes v. Calexica
- Murray v. NYU Langone
- Raven v. Lincoln Family Dental
- Lin v. PriceWaterhouseCooper
- Leyton v. Peninsula NY Hotel
- Fantana v. Bowls and Salads Mexican Grill
- Garcia v. The Comprehensive Center
- Mackrell v. Edgard El Chaar
- Melendez v. Hanover Ventures Marketplace
- Gray v. NY Presbyterian Hospital
- Khan v. NJ Turnpike Authority
- Barnard v. NY Presbyterian Hospital
- Dymburt v. Nordstrom
- Langhorn v. Oasis Outsourcing Contract
- Laho v. Cossette Fifth Avenue
- Masih v. Skyline Automotive
- Anastastos v. Holy Cross
- Mehta v. NY City Department of Corrections
- Montelongo v. Rosa Mexicano Brands
- Sanchez v. NY Health and Hospitals
- Robinson-Helmus v. Disney
- Mondello v. Town Sports International
- Wynn v. Heritage Health and Housing
- Negron v. Aspen Dental
- McLain v. Gardner and Theobald
- Quintero v. St. John Knits
- Abe v. NY University
- Osoria v. Community Pawn Holdings
- Jackson v. Block Line Systems

<u>2019</u>

- Manchanda v. HSBC Technology and Services
- Mark Cooper v.
- Bowles v. SOS Security
- Boratynski v. French Roast
- Smith v. Packard Pacifica
- Ware v. Apex Life Sciences
- Henriquez v. Blue Ribbon
- Murray-Purnell v. Radnor Township
- Vnuk v. MLB Advanced Media
- Rodriguez v. Metro Electrical
- Lunsford v. Clean Earth
- Palmer v. Vibranalysis
- Dismore v. Westminster Management
- Colon Ortiz v. Metro Electric
- Devore v. Euro Pizza
- Turner v.
- Cranshaw v. Axa Real Estate
- Legramandi v.
- Doomany v. Omnicom
- Jackson v. Bowery Residents
- Kovkov v. East Side
- Broughton v. ACA Contracting