

December 27, 2019

HON. JUDGE SIDNEY H. STEIN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States Courthouse
500 Pearl Street, New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

**Re:** **Extension of Time to Submit Jury Charge & Voir Dire**
*Cooper v. Upstairs, Downstairs of New York, Inc.,* **1:18-cv-06426**

Dear Judge Stein,

**MEMO ENDORSED**

    We represent Plaintiff in the above referenced matter. We write Your Honor to request a brief extension to file Plaintiff's proposed jury charge and voir dire.

    Pursuant to Your Honor's December 6, 2019 Order, the parties were directed to submit a jury charge and, if they wished, a proposed voir dire by today at noon. (*See* ECF Dckt. No. 99, p. 2). Additionally, pursuant to Your Honor's Individual Rules 3(B)(i) the parties are directed to call Your Honor's Chambers to receive an appropriate email address to send these documents in Microsoft Word format.

    Plaintiff has tried to call Your Honor's Chambers repeatedly this morning but cannot reach anyone to receive an appropriate email address. Thus, Plaintiff respectfully request to extend the submission date until January 3, 2020 or until Plaintiff receives the appropriate email address (presumably this will happen after the holiday break).

    We thank Your Honor for your attention to this matter. We wish Your Honor a happy and healthy New Year.

Respectfully Submitted,

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Alexander G. Cabeceiras*
Alexander G. Cabeceiras, Esq.

*[Handwritten endorsement: Jan 2, 2020. Plt shall submit proposed jury charge and if he wishes, proposed voir dire, by Jan 3, 2020. So ordered. /s/ Sidney H. Stein, U.S.D.J.]*

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 701 Brickell Ave., Suite 1310, Miami, FL 33131
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com