USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK COOPER,

        Plaintiff,

v.

UPSTAIRS, DOWNSTAIRS OF NEW YORK, INC. et al.,

        Defendants.

18-Cv-06426 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendants' January 14, 2020 letter (ECF No. 111) seeking leave to serve subpoenas upon Manner House Cellar and Irving Place Surgery; to compel plaintiff to sign tax authorizations for state and federal returns; and to update his responses to document demands. Plaintiff responded to defendants' letter requesting that certain subpoenas be quashed and opposing defendants' demand for plaintiff to sign an authorization releasing tax information or the name of his accountant. (ECF No. 112.) Defendants submitted a reply on January 15, 2020. (*see* ECF No. 113.)

IT IS HEREBY ORDERED that:

1. Defendants may serve the subpoenas, attached to ECF. No. 111 as Exhibits C and D, on Manner House Cellar and Irving Place Surgery.

2. Defendants' request for plaintiff to sign an authorization releasing his tax information or the name of his accountant is denied. Discovery has been closed in this case since April 1, 2019. (*see* Civil Case Management Plan and Scheduling Order, ECF No. 40.)

3. Defendants' request for plaintiff to supply updated answers to defendants' Demand for Production of Documents is denied for the same reason.

4. Defendants' subpoena to the Bronx Family Court is quashed. The information that defendants seek is irrelevant to any claim or defense in the matter and discovery is closed.

5. Defendants' subpoena to EcoGreen Tristate is quashed on the grounds that plaintiff commenced employment at this company after his employment with Upstairs, Downstairs ended, and it is not on his resume.

Dated: New York, New York
January 16, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.