USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARK COOPER, : 18-Cv-6426 (SHS)

               Plaintiff, :

     -v- :

UPSTAIRS, DOWNSTAIRS OF NEW YORK, :
INC., *ET AL.*,
                                     :
             Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        All pending motions [ECF Nos. 87, 95, 102] having been decided as set forth on the record on January 6, 2020,

        IT IS HEREBY ORDERED that the Clerk of Court shall terminate these motions.

Dated: New York, New York
       January 24, 2020

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.