UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

-----------------------------------------------------------------x

MARK COOPER,                                   :        18-Cv-6426 (SHS)

                   Plaintiff,          :

-v-                                      :

UPSTAIRS, DOWNSTAIRS OF NEW YORK,   :
*ET AL.*,

                  Defendants.

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The plaintiff having stated on the record today that he agrees to dismiss the claims against defendants Robert Debenedictis and Paul Galluccio,

        IT IS HEREBY ORDERED that the claims against defendants Robert Debenedictis and Paul Galluccio are dismissed.

Dated: New York, New York
        February 5, 2020

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.