USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

MARK COOPER, : 18-Cv-6426 (SHS)

               Plaintiff, :

  -v- : JUDGMENT

UPSTAIRS, DOWNSTAIRS OF NEW YORK, :
INC., *ET AL.*,
                                          :

               Defendants.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED: that the claims against defendant Robert Debenedicits and Paul Galluccio are dismissed as agreed on the record by plaintiff on February 5, 2020; a jury trial before the Honorable Sidney H. Stein, United States District Judge, having rendered a verdict in favor of plaintiff Mark Cooper as against Michael Grummons on plaintiff's claim of creating a hostile work environment based on his sexual orientation in violation of the New York State and New York City human rights laws; and the jury having awarded plaintiff $6,500.00 in punitive damages; and the jury also having rendered a verdict in favor of defendant Upstairs, Downstairs of New York, Inc.; accordingly, plaintiff Mark Cooper have judgment as against Michael Grummons in the sum of $6,500.00 in punitive damages, and the complaint is dismissed as to defendants Upstairs, Downstairs of New York, Inc., Robert Debenedicits, and Paul Galluccio.

Dated: New York, New York
         February 11, 2020

RUBY J. KRAJICK, Clerk of Court

By _____
    Deputy Clerk

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.